UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY KIRKPATRICK,

          Plaintiff(s),                Case No.  11-15275

v.                                   HONORABLE AVERN COHN
                                   UNITED STATES DISTRICT JUDGE

I.C. SYSTEM, INC.,

          Defendant(s).

_____/

## ORDER OF DISMISSAL

Upon review of the above mentioned case filed on December 01, 2012 and no

response being filed to the Order to Show Cause entered on June 19, 2012;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is,

**DISMISSED** according to Local Rule 41.2 for lack of prosecution.

Dated:  July 11, 2012        _s/Avern Cohn_____
                            AVERN COHN
                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Cindy Kirkpatrick
P.O. Box 412, Algonac, MI 48001 and the attorneys of record  on this date, July 11,
2012, by electronic and/or ordinary mail.

                            _S/Julie Owens_____
                            Case Manager
                            (313) 234-5160